**Order filed May 12, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00022-CV

———————

**MARIO CESAR RIOS JR. AND RMX CONSTRUCTION INC., Appellants**

**V.**

**HARIS QURESH AND IZ CASH INC. D/B/A A1 CHECK CASHING #18, Appellees**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2018-88468**

---

## O R D E R

Appellant's brief was due May 6, 2022**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 13, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.